IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR CHRISTOPHER DORMANN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3520 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, KATE O'CONNOR, JOHN WOJCHIECHOWSKI | : : : : | |

# ORDER

**AND NOW**, this 6th day of January 2025, upon consideration of defendants Southeastern Pennsylvania Transportation Authority ("SEPTA"), Kate O'Connor, and John Wojchiechowski's motion for summary judgment (DI 33), plaintiff's response (DI 36 & 37), and defendants' reply (DI 38), it is hereby **ORDERED** that defendants' motion for summary judgment is **GRANTED**, for the reasons explained in the concurrently filed memorandum. The Clerk of Court shall **close** this case.

**MURPHY, J.**